| Name | DOB | Document | Encounter Date (ET) | Site | Dir | Conveyance | Status | Lnks | COA | Package ID | ATS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOMINGUEZ BERMUDEZ, Franciscodt | | | 03/25/2021 16 27 (Thu) | | nbound | Pedestrian | Admit | IOIL, I94, Event | OT | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 03/25/2021 16 24 (Thu) | | nbound | Pedestrian | Admit | I94, Event | OT | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 03/25/2021 11 57 (Thu) | | nbound | Pedestrian | Referred | , ADM, BAG, SAS, I9 4, CMIR, Event | OT | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 02/11/2021 10 56 (Thu) | | nbound | Pedestrian | Referred | , BAG | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 01/27/2021 10 04 (Wed) | | nbound | Pedestrian | Referred | , ADM | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 12/02/2020 10 21 (Wed) | | nbound | Pedestrian | Referred | , BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 11/19/2020 10 52 (Thu) | | nbound | Pedestrian | Referred | , ADM, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 11/07/2020 11 40 (Sat) | | nbound | Pedestrian | Referred | , ADM | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 10/28/2020 11 35 (Wed) | | nbound | Pedestrian | Referred | , ADM | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 10/16/2020 10 44 (Fri) | | nbound | Pedestrian | Referred | , BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 09/30/2020 13 50 (Wed) | | nbound | Pedestrian | Referred | , ADM, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 09/23/2020 12 03 (Wed) | | nbound | Pedestrian | Referred | , ADM | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 09/23/2020 12 02 (Wed) | | nbound | Pedestrian | Admit | --- | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 07/15/2020 09 55 (Wed) | | nbound | Pedestrian | Referred | , BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 07/03/2020 13 00 (Fri) | | nbound | Pedestrian | Admit | --- | LPR | | |
| DOMINGUEZ BERMUDES, Francisco | | | 06/25/2020 11 25 (Thu) | | nbound | Pedestrian | Referred | BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 06/23/2020 17 59 (Tue) | | | | | BAG | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 06/10/2020 10 18 (Wed) | | nbound | FOOT NP | Referred | , BAG | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 05/26/2020 11 06 (Tue) | | nbound | Pedestrian | Referred | BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 05/25/2020 00 06 (Mon) | | | | | BAG | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 03/19/2020 11 42 (Thu) | | nbound | Pedestrian | Referred | BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 03/04/2020 09 48 (Wed) | | nbound | Pedestrian | Referred | BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 02/20/2020 10 57 (Thu) | | nbound | Pedestrian | Referred | BAG | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 02/11/2020 16 16 (Tue) | | nbound | Pedestrian | Referred | BAG | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 01/24/2020 10 34 (Fri) | | nbound | Pedestrian | Referred | BAG | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 01/15/2020 11 00 (Wed) | | nbound | Pedestrian | Referred | BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 01/09/2020 10 46 (Thu) | | nbound | Pedestrian | Referred | BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 12/19/2019 11 23 (Thu) | | nbound | Pedestrian | Referred | BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 12/12/2019 11 05 (Thu) | | nbound | Pedestrian | Referred | BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 12/04/2019 11 33 (Wed) | | nbound | Pedestrian | Referred | BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 11/27/2019 11 04 (Wed) | | nbound | Pedestrian | Referred | BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 11/20/2019 11 50 (Wed) | | nbound | Pedestrian | Referred | BAG, CMIR | LPR | | Y |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 11/17/2019 16 33 (Sun) | | Outbound | Y4 893 (DFW > GDL) | OBD | --- | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 11/01/2019 11 52 (Fri) | | nbound | Pedestrian | Referred | BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 10/23/2019 09 45 (Wed) | | nbound | Pedestrian | Canceled | --- | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 10/23/2019 09 42 (Wed) | | nbound | Pedestrian | Referred | BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 10/09/2019 10 22 (Wed) | | nbound | Pedestrian | Referred | BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 09/25/2019 10 40 (Wed) | | nbound | Pedestrian | Referred | BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 09/18/2019 10 22 (Wed) | | nbound | Pedestrian | Referred | ADM, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 09/04/2019 11 34 (Wed) | | nbound | Pedestrian | Referred | BAG | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 08/21/2019 11 11 (Wed) | | nbound | Pedestrian | Referred | BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 08/07/2019 11 25 (Wed) | | nbound | Pedestrian | Referred | ADM, AGR, BAG, CMIR | IRS | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 07/31/2019 18 31 (Wed) | | Outbound | Y4 915 (LAX > GDL) | OBD | --- | | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 07/24/2019 10 54 (Wed) | | nbound | Y4 912 (GDL > LAX) | OBD | ADM | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 07/17/2019 10 44 (Wed) | | nbound | Pedestrian | Referred | BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 06/26/2019 10 23 (Wed) | | nbound | Pedestrian | Referred | BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 06/12/2019 10 20 (Wed) | | nbound | Pedestrian | Referred | ADM, BAG, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 05/29/2019 10 14 (Wed) | | nbound | Pedestrian | Referred | BAG, CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 05/20/2019 06 50 (Mon) | | Outbound | 40 39 73 (DFW > MEX) | OBD | --- | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 05/17/2019 11 39 (Fri) | | nbound | Pedestrian | Referred | BAG, CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 05/01/2019 13 51 (Wed) | | nbound | Pedestrian | Referred | AOM, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 04/17/2019 11 23 (Wed) | | nbound | Pedestrian | Admit | CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 04/10/2019 11 32 (Wed) | | nbound | Pedestrian | Referred | BAG, CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 04/02/2019 12 50 (Tue) | | nbound | Pedestrian | Referred | BAG, CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 03/20/2019 12 34 (Wed) | | nbound | Pedestrian | Referred | BAG | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 03/20/2019 12 12 (Wed) | | nbound | Pedestrian | Admit | CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 03/14/2019 16 28 (Thu) | | Outbound | Y4 893 (DFW > GDL) | OBD | --- | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 03/13/2019 12 16 (Wed) | | nbound | Pedestrian | Referred | BAG, CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 03/06/2019 11 33 (Wed) | | nbound | Pedestrian | Canceled | --- | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 03/06/2019 11 22 (Wed) | | nbound | Pedestrian | Referred | ADM, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 02/20/2019 11 28 (Wed) | | nbound | Pedestrian | Referred | BAG, CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 02/08/2019 11 19 (Fri) | | nbound | Pedestrian | Referred | AOM, CMIR | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 02/01/2019 11 10 (Fri) | | nbound | Pedestrian | Referred | BAG, CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 01/23/2019 11 46 (Wed) | | nbound | Pedestrian | Referred | BAG, CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 01/10/2019 11 50 (Thu) | | nbound | Pedestrian | Referred | BAG, CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 12/14/2018 11 50 (Fri) | | nbound | Pedestrian | Admit | CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 11/26/2018 21 35 (Mon) | | Outbound | UA 375 (IAH > GDL) | OBD | Event | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 11/23/2018 12 32 (Fri) | | nbound | Pedestrian | Referred | BAG, CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 10/30/2018 12 26 (Tue) | | nbound | Pedestrian | Referred | BAG, CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 10/18/2018 11 57 (Thu) | | nbound | Pedestrian | Referred | BAG, CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 09/06/2018 11 54 (Thu) | | nbound | Pedestrian | Referred | BAG, CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 08/23/2018 11 55 (Thu) | | nbound | Pedestrian | Referred | BAG | | | |
| DOMINGUEZ BERMUDEZ, Francisco | | | 08/23/2018 11 51 (Thu) | | nbound | Pedestrian | Referred | BAG, CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 08/02/2018 12 31 (Thu) | | nbound | Pedestrian | Referred | ADM, CMIR, Event | B1 | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 07/12/2018 13 23 (Thu) | | nbound | Pedestrian | Referred | BAG, CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 06/28/2018 12 20 (Thu) | | nbound | Pedestrian | Admit | CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 06/15/2018 11 13 (Fri) | | nbound | Pedestrian | Admit | CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 06/01/2018 11 34 (Fri) | | nbound | Pedestrian | Admit | --- | | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 05/16/2018 11 37 (Wed) | | nbound | Pedestrian | Referred | ADM | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 05/02/2018 11 18 (Wed) | | nbound | Pedestrian | Referred | BAG, CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 04/20/2018 11 54 (Fri) | | nbound | Pedestrian | Admit | --- | | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 04/06/2018 12 36 (Fri) | | nbound | Pedestrian | Referred | BAG, CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 03/15/2018 11 56 (Thu) | | nbound | Pedestrian | Referred | ADM | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 03/15/2018 11 56 (Thu) | | nbound | Pedestrian | Admit | CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 03/02/2018 12 41 (Fri) | | nbound | Pedestrian | Referred | BAG, CMIR | | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 02/26/2018 09 57 (Mon) | | Outbound | Y4 915 (LAX > GDL) | OBD | --- | | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 01/09/2018 11 57 (Tue) | | nbound | Y4 912 (GDL > LAX) | OBD | ADM | LPR | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 01/06/2018 10 54 (Sat) | | nbound | Pedestrian | Referred | ADM, CMIR, CMIR | 999 | | |
| DOMINGUEZ BERMUDEZ, Francisco Jabier | | | 01/02/2018 09 57 (Tue) | | Outbound | Y4 9 15 (LAX > GDL) | REQ | --- | | | |



GOVERNMENT EXHIBIT 1

