UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 7:21-CR-603-4 |
| FRANCISCO DOMINGUEZ-BERMUDEZ | § | |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE

Now comes the United States by and through the United States Attorney for the Southern District of Texas and the undersigned Assistant United States Attorney requesting the Court to enter a Preliminary Order of Forfeiture. In support of this motion, the United States submits the following:

*Relevant Procedural History:*

1.   On April 24, 2023, Defendant, Francisco Dominguez-Bermudez, entered a guilty plea before District Court Judge Marina Garcia Marmolejo to the Superseding Indictment which charged him with money laundering affecting interstate and foreign commerce, in violation of Title 18, U.S.C. §§ 1956(a)(1)(B)(i) and (ii) and (h). (Dkt No. 100)

2.   The Superseding Indictment included a Notice of Forfeiture pursuant to Title 18, U.S.C. § 982(a)(1), in which the United States sought forfeiture of $45,550.00.

3.   The oral factual basis submitted by the government in support of the plea and forfeiture, establishes the requisite nexus between the $45,550.00 and the offense of money laundering affecting interstate and foreign commerce to which Defendant pleaded guilty.

*Statutory Authority for Entry of Preliminary Order of Forfeiture:*

4.   Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure provides that a forfeiture determination "may be based on evidence already in the record, including any written

plea agreement, and on any additional evidence or information submitted by the parties and accepted by the court a relevant and reliable." The factual basis of record supports a finding that the $45,550.00 was involved in the offense of money laundering affecting interstate and foreign commerce, and is, accordingly subject to forfeiture.

Accordingly, the United States respectfully requests the Court to enter the attached Preliminary Order of Forfeiture forfeiting the $45,550.00 to the United States.

Respectfully submitted,

ALAMDAR S. HAMDANI  
United States Attorney

BY: /s/ Rick Blaylock  
RICK BLAYLOCK  
Assistant United States Attorney

## CERTIFICATE OF SERVICE

On the 21st day of September 2023, the above Motion for Preliminary Order of Forfeiture and purposed Order was served upon the Defendant, by and through his attorney of record via electronic filing.

/s/ Rick Blaylock  
RICK BLAYLOCK  
Assistant United States Attorney